**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| JOYCE KEEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: ____________________ |
| | ) | |
| vs. | ) | Judge ____________________ |
| | ) | |
| MERCK, SHARP & DOHME CORP, a foreign corporation, | ) | Removed from the Circuit Court of Cook County, Illinois, County Department, Law Division |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant Merck Sharp & Dohme Corp, ("Defendant" or "Merck") (incorrectly captioned Merck, Sharp & Dohme Corp), by its attorneys and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, file this Notice of Removal on diversity grounds. In support of this Notice of Removal, Defendant states:

1. On January 5, 2015, Plaintiff Joyce Keen ("Plaintiff") filed a complaint titled *Joyce Keen v. Merck, Sharp & Dohme Corp*, Case No. 2015 L 000049, in the Circuit Court of Cook County, Illinois County Department, Law Division (the "Complaint"). Defendant was served with the Complaint on January 7, 2015. This Notice of Removal is being filed within 30 days after receipt of the Complaint by Defendant and is thus timely under 28 U.S.C. 1446(b).

2. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all pleadings or other process served upon Defendant or filed by Defendant, which constitute "all summons, pleadings, and orders" in the state court action is attached as **Exhibit A**.

3. The Complaint alleges discrimination based on disability and gender and two counts of retaliation under the Illinois Human Rights Act, 775 ILCS 5/1-101 *et seq.* (**Exhibit A**, Compl. ¶¶ 1, 65).

4. This action may be removed to this Court based on diversity jurisdiction. 28 U.S.C. § 1332(a) provides that "the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceed the sum of $75,000, exclusive of interest and costs, and is between citizens of different states."

5. Here, the parties are completely diverse. Plaintiff is domiciled in the State of Illinois. (**Exhibit A**, Compl. ¶ 2). Accordingly, for purposes of diversity jurisdiction, Plaintiff is a citizen of Illinois.

6. Pursuant to 28 U.S.C. § 1332(c)(1), a corporation shall be deemed to be a citizen of any state by which it has been incorporated and of the state where it has its principal place of business. Defendant is a New Jersey corporation with its corporate headquarters and principal place of business located in New Jersey.[1] (**Exhibit A**, Compl. ¶ 3). Accordingly, pursuant to 28 U.S.C. 1332(c)(1), Defendant is a citizen of the State of New Jersey. Defendant is not a citizen of the state of Illinois.

7. Defendant believes in good faith that the amount in controversy in this matter exceeds $75,000, exclusive of costs and interests, as required by 28 U.S.C. § 1332(a). (**Exhibit A**, Compl. ¶¶ 56, 83; Counts I, II, III, and IV Prayer for Relief ¶ A).

8. Venue is proper because the United States District Court for the Northern District of Illinois, Eastern Division, is the District Court of the United States and the division thereof within which Plaintiff's state action is currently pending.

9. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which

[1] Defendant's sales leadership is located in Pennsylvania. Regardless, the parties remain diverse because Defendant is not a citizen of Illinois.

relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages Plaintiff seeks may be properly sought).

10. Written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal and supporting papers, will be filed with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division, a copy of this Notice is attached as **Exhibit B**.

11. Written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal and supporting papers, has been mailed to Plaintiff.

WHEREFORE, Defendant hereby removes Case Number 2015-L-000049, now pending in the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois.

**DATED: February 6, 2015**

Respectfully submitted,

MERCK SHARP & DOHME CORP

By: /s/ Anne D. Harris
One of Its Attorneys

Kristin E. Michaels
kmichaels@seyfarth.com
Anne D. Harris
aharris@seyfarth.com
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## CERTIFICATE OF SERVICE

Anne D. Harris, an attorney, hereby certifies that on February 6, 2015, she caused a true and correct copy of the foregoing NOTICE OF REMOVAL to be filed with the Clerk of the Court via the Court's electronic filing system and that she served a true and correct copy of the same on the following via first class U.S. mail, postage prepaid:

Edward R. Theobald
Law Offices of Edward R. Theobald
135 S. LaSalle Street, Suite 1920
Chicago, IL 60603

/s/ Anne D. Harris
Anne D. Harris